UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                            Case No.

APPROXIMATELY $33,690.00 IN UNITED
STATES CURRENCY,

        Defendant.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

        The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

        1.      This is a civil action to forfeit property to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendant In Rem**

        2.      The defendant property, approximately $33,690.00 in United States currency, was seized on or about July 29, 2019, from Andrew Hogstrom and Melissa Nieskes at or near 3XXX W. Scott Street, Milwaukee, Wisconsin.

        3.      The defendant property is presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

6. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

7. The defendant property, approximately $33,690.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

## Facts

8. Cocaine is a Schedule II controlled substance.

9. Methamphetamine is a Schedule II controlled substance.

10. Zubsolv is a Schedule III controlled substance.

11. Suboxone is a Schedule III controlled substance.

12. Alprazolam is a Schedule IV controlled substance.

13. Clonazepam is a Schedule IV controlled substance.

14. Lorazepam is a Schedule IV controlled substance.

15. Diazepam is a Schedule IV controlled substance.

16. Andrew Hogstrom is a convicted felon.

17. As a convicted felon, Andrew Hogstrom is prohibited from possessing a firearm.

**July 29, 2019 traffic stop of Andrew Hogstrom**

18. On July 29, 2019, officers conducted a traffic stop near 3901 W. National Avenue, Milwaukee, Wisconsin, on a Toyota Sienna van driven by Andrew Hogstrom.

19. Andrew Hogstrom was the only occupant in the van.

20. A baggie containing approximately 0.5 grams of cocaine was lying in plain view on the floorboard of the driver's seat of the van.

21. Two cell phones and Andrew Hogstrom's wallet were inside a small cooler that was on the front passenger seat of the van.

**July 29, 2019 execution of search warrant at Andrew Hogstrom and Melissa Nieskes's residence**

22. On July 29, 2019, following the above-mentioned traffic stop, officers executed a search warrant at the residence of Andrew Hogstrom and Melissa Nieskes located at 3XXX W. Scott Street, Milwaukee, Wisconsin (the "subject residence").

23. On July 29, 2019, the following items, among other things, were inside a bedroom closet of the subject residence, directly below men's hanging clothes:

   A. An orange pill bottle containing the following pills individually wrapped in baggies:

      i. Two Alprazolam 2 mg tablets,

      ii. Two Clonazepam 0.5 mg tablets,

      iii. Three Lorazepam 1 mg tablets, and

      iv. Eight Diazepam 5 mg tablets.

   B. A safe containing, among other things, the following:

      i. A Crown Royal bag containing approximately $4,980 in United States currency in rubber banded stacks, which is a portion of the defendant currency,

3

ii. A wallet containing various identifiers for Andrew Hogstrom, including a Social Security card, a Wisconsin Department of Transportation temporary driver's license with photo, and a United Healthcare card,

iii. A semi-automatic rifle with a loaded magazine and an unfired cartridge in the chamber,

iv. A semi-automatic firearm with a loaded magazine and an unfired cartridge in the chamber, along with a second loaded magazine,

v. Various ammunition,

vi. A Crown Royal bag containing approximately 20 Gabapentin pills in a baggie, several empty baggies, and a digital scale,

vii. A suspected drug ledger,

viii. A metal box containing approximately $28,710 in United States currency in rubber banded stacks, which is a portion of the defendant currency,

ix. An orange pill bottle containing approximately 0.4 grams of methamphetamine,

x. A digital scale with white residue on the weigh plate,

xi. An orange pill bottle containing approximately 43 Zubsolv 8.6 mg/2.1 mg tablets,

xii. An orange pill bottle containing razor blades,

xiii. Two boxes containing a total of approximately 59 Suboxone 8 mg/2 mg sublingual films,

xiv. A Crown Royal bag that contained six baggies containing a total of approximately 186.1 grams of crack cocaine, with individual weights of approximately 24.0 grams, 50.7 grams, 40.4 grams, 20.5 grams, 25.3 grams, and 25.2 grams,

xv. A Woodman's grocery bag that contained five baggies containing a total of approximately 248.5 grams of cocaine, with individual weights of approximately 55.2 grams, 55.2 grams, 55.2 grams, 55.1 grams, and 27.8 grams,

xvi. A Metro Market grocery bag that contained two baggies containing a total of approximately 38.7 grams of cocaine, with individual weights of approximately 15.0 grams and 23.7 grams,

4

  xvii.  A bag with white residue, and

  xviii.  An open box of baggies.

### Andrew Hogstrom's State Charges

24. On August 2, 2019, Andrew Hogstrom was charged in Milwaukee County Circuit Court, Case No. 19CF3400, with (1) possession of cocaine with intent to deliver, use of a dangerous weapon, and (2) possession of a firearm by a convicted felon.

### Melissa Nieskes's State Charges

25. On August 2, 2019, Melissa Nieskes was charged in Milwaukee County Circuit Court, Case No. 19CF3401, with maintaining a drug trafficking place.

### Administrative Forfeiture Proceedings

26. On or about September 4, 2019, the Drug Enforcement Administration ("DEA") began administrative forfeiture proceedings against the approximately $33,690.00 in United States currency seized from Andrew Hogstrom and Melissa Nieskes's residence on July 29, 2019, on the ground that the seized currency was used or intended to be used in exchange for controlled substances or was proceeds of trafficking in controlled substances.

27. On or about October 13, 2019, Melissa Nieskes filed a claim with the DEA in the administrative forfeiture proceeding to the defendant approximately $33,690.00 in United States currency.

### Warrant for Arrest In Rem

28. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### Claims for Relief

29. The plaintiff alleges and incorporates by reference the paragraphs above.

5

30. By the foregoing and other acts, the defendant property, approximately $33,690.00 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

31. The defendant approximately $33,690.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant property, approximately $33,690.00 in United States currency, be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 17th day of December, 2019.

    Respectfully submitted,

    MATTHEW D. KRUEGER
    United States Attorney

By:   s/SCOTT J. CAMPBELL
    SCOTT J. CAMPBELL
    Assistant United States Attorney
    Scott J. Campbell Bar Number: 1017721
    Attorney for Plaintiff
    Office of the United States Attorney
    Eastern District of Wisconsin
    517 East Wisconsin Avenue, Room 530
    Milwaukee, Wisconsin 53202
    Telephone: (414) 297-1700
    Fax: (414) 297-1738
    E-Mail: scott.campbell@usdoj.gov

## Verification

I, Miguel Correa, Jr., hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 8 through 23 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 12/17/2019     s/TFO MIGUEL CORREA, JR.
                     Miguel Correa, Jr.
                     Task Force Officer

# CIVIL COVER SHEET

JS 44 (Rev. 09/11)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
APPROXIMATELY $33,690.00 IN UNITED STATES CURRENCY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 625 Drug Related Seizure of Property 21 USC 881

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 12/17/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-01846-PP Filed 12/17/19 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                  Case No.

APPROXIMATELY $33,690.00 IN UNITED
STATES CURRENCY,

        Defendant.

---

**WARRANT FOR ARREST IN REM**

---

    To:    THE UNITED STATES MARSHAL
              Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 17th day of December, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $33,690.00 in United States currency, which was seized on or about July 29, 2019, from Andrew Hogstrom and Melissa Nieskes at or near 3XXX W. Scott Street, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal

Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this _____ day of _____, 2019, at Milwaukee, Wisconsin.

STEPHEN C. DRIES
Clerk of Court

By: _____
Deputy Clerk

## **Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____