UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                Case No.

APPROXIMATELY $33,690.00 IN UNITED
STATES CURRENCY,

      Defendant.

## WARRANT FOR ARREST IN REM

To:    THE UNITED STATES MARSHAL
         Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 17th day of December, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant property pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant property be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the defendant property, approximately $33,690.00 in United States currency, which was seized on or about July 29, 2019, from Andrew Hogstrom and Melissa Nieskes at or near 3XXX W. Scott Street, Milwaukee, Wisconsin, and which is presently in the custody of the United States Marshal

Service in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court.

Dated this ____ day of _____, 2019, at Milwaukee, Wisconsin.

STEPHEN C. DRIES
Clerk of Court

By: _____
Deputy Clerk

## **Return**

This warrant was received and executed with the arrest of the above-named defendant.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2

Case 2:19-cv-01846-PP   Filed 12/17/19   Page 2 of 2   Document 1-2