UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                      Case No. 19-CV-1846

APPROXIMATELY $33,690.00 IN UNITED
STATES CURRENCY,

    Defendant.

---

### NOTICE OF COMPLAINT FOR CIVIL FORFEITURE OF PROPERTY

---

To:    Andrew Hogstrom
       P.O. Box 44091
       Milwaukee, WI 53214-7091

Notice is Hereby Given that:

    1.    A complaint for Civil Forfeiture *in rem* has been filed in the United States District Court for the Eastern District of Wisconsin on the 17th day of December, 2019, by the United States Attorney for the Eastern District of Wisconsin, against the above-named defendant property.

    2.    The Complaint for Civil Forfeiture *in rem* (copy attached) seeks the forfeiture of the above-named defendant property pursuant to 21 U.S.C. § 881(a)(6) because the defendant property was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

3. Any claimant of, in, or to the defendant property must file a verified claim meeting the requirements of Rule G(5)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims with the Clerk of the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 362, Milwaukee, Wisconsin 53202 within thirty-five (35) days of the date of this notice, or within such additional time as may be allowed by the Court, and must serve an answer to the Complaint within twenty-one (21) days of filing the claim.

4. Any claimant of, in, or to the defendant property is directed to serve a copy of the claim and any pleadings filed, upon the United States Attorney for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Room 530, Milwaukee, Wisconsin 53202, Attention AUSA Scott J. Campbell.

Executed and sent this 17th day of December, 2019, at Milwaukee, Wisconsin.

          MATTHEW D. KRUEGER
          United States Attorney

By:   s/SCOTT J. CAMPBELL
      SCOTT J. CAMPBELL
      Assistant United States Attorney
      Scott J. Campbell Bar Number: 1017721
      Attorney for Plaintiff
      Office of the United States Attorney
      Eastern District of Wisconsin
      517 East Wisconsin Avenue, Room 530
      Milwaukee, Wisconsin 53202
      Telephone: (414) 297-1700
      Fax: (414) 297-1738
      E-Mail: scott.campbell@usdoj.gov