

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

---

*Federal Courthouse*                    *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*        *TTY (414)297-1088*
*Milwaukee WI 53202*           *Fax (414) 297-1738*
*www.usdoj.gov/usao/wie*

December 17, 2019

Clerk of Court
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

     Re:     *United States v. Approx. $33,690.00 in U.S. Currency*
               Case No. 19-CV-1846

Dear Clerk:

     This letter is to notify the Court that, pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice by internet publication of the filing of a complaint in the above-captioned action will begin on December 18, 2019. The claim-filing deadline for any claimant who did not receive direct notice of the filing of the complaint is February 16, 2020.

     Please contact our office at (414) 297-1700 if you have any questions.

          Sincerely,

          MATTHEW D. KRUEGER
          United States Attorney

     By:

           s/SCOTT J. CAMPBELL
          Assistant United States Attorney
          Scott J. Campbell, Bar Number: 1017721
          Attorney for Plaintiff
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530
          Milwaukee, WI 53202
          Telephone: (414) 297-1700
          Fax: (414) 297-1738
          E-Mail: scott.campbell@usdoj.gov