UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                 Case No. 19-cv-1846-pp

APPROXIMATELY $33,690.00 IN
UNITED STATES CURRENCY,

    Defendant.

**ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT (DKT. NO. 40), GRANTING PLAINTIFF'S MOTION FOR JUDGMENT OF FORFEITURE (DKT. NO. 41) AND DISMISSING CASE**

    The parties filed a Stipulation for Compromise Settlement, dkt. no. 40, and the plaintiff filed a Motion for Entry of Judgment of Forfeiture, dkt. no. 41. The court **APPROVES** the stipulation for compromise settlement and **GRANTS** the plaintiff's motion for a judgment of forfeiture.

    The court **ORDERS** that the plaintiff must return to Claimant Melissa Nieskes the sum of $6,738 in United States currency, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program.

    The court **ORDERS** that the plaintiff must return to Claimant Andrew Hogstrom the sum of $5,054 in United States currency, less any delinquent debt that the United States Treasury is required to collect through the Treasury Offset Program.

The court **ORDERS** that all right, title, and interest in the remaining approximately $21,898 in United States currency are forfeited to the United States of America. The United States Marshal must deposit the approximately $21,898 in United States currency into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

The court **ORDERS** that this case is **DISMISSED**. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 26th day of January, 2023.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

2

Case 2:19-cv-01846-PP   Filed 01/26/23   Page 2 of 2   Document 43